## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

Eastern District of Kentucky
FILED

JUL 23 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                          INDICTMENT NO. 6: 26 CR-102
                                            21 U.S.C. § 841(a)(1)

AMANDA GASS

*   *   *   *   *

THE GRAND JURY CHARGES:

On or about May 3, 2026, in Pulaski County, in the Eastern District of Kentucky,

**AMANDA GASS**

did knowingly and intentionally possess with intent to distribute 50 grams or more of a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

███████████████████

**FOREPERSON**

_JASON D. PARMAN_
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**KELLY K. RIDINGS**
**ASSISTANT UNITED STATES ATTORNEY**

## <u>PENALTIES</u>

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:**       Mandatory special assessment of $100.

**PLUS:**       Restitution, if applicable.